RAYMOND G. FORTNER, JR., County Counsel
ROGER H. GRANBO, Assistant County Counsel
ADRIAN G. GRAGAS., Principal Deputy County Counsel
STATE BAR NO. 150698
648 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, California 90012-2713
Telephone: (213) 974-1202
Facsimile: (213) 626-2105

Attorneys for Defendants
COUNTY OF LOS ANGELES,
C.CHAMNESS, D. REDDISH
J. SOFFA, N. JUDGE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND DAVISON, KEITH DAVISON, MICHAEL CARGER, RIKKI BARNES<br><br>Plaintiffs,<br><br>v.<br><br>C. CHAMNESS, D. REDDISH, J. SOFFA, N. JUDGE, COUNTY OF LOS ANGELES, AND DOES 1-10 Inclusive.<br>Defendants. | CASE NO.CV08-00654 JWJ<br><br>**ORDER** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby ordered that the above-captioned action be dismissed with prejudice as to all parties and all causes of action.

It is further ordered that each party will bear its own fees and costs.

**IT IS SO ORDERED:**

Dated: March 12, 2009              _____/s/_____

                                        Honorable Jeffrey W. Johnson
                                        United States Magistrate Judge

HOA.588876.1                              -3-